IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON, | No. C 02-1538 CW |
| Plaintiff, | ORDER |
| vs. | |
| GOVERNOR GRAY DAVIS et al. | |
| Defendants. | |

For the convenience of the parties, this matter, currently set for settlement conference June 29, 2007, is rescheduled for **August 7, 2007**.

SO ORDERED.

Dated: 6/26/07

NANDOR J. VADAS
United States Magistrate Judge