# FILED

### AUG 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>    Plaintiff,<br><br>    v<br><br>GOVERNOR GRAY DAVIS,<br><br>    Defendants. | Case No C 02-1538 CW<br><br>REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT<br>PROCEEDING |

A settlement conference in this matter was held on August 7, 2007. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation

(2)      The following individuals, parties, and/or representatives did not appear:

(3)      The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 8/21/07

Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  Robinson                           No.  C 02-1538

5  v.                                 CERTIFICATE OF SERVICE

6  Davis
                                 /
7

8  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

9  That on August 21, 2007, I SERVED a true and correct copy of the attached, by placing
10 said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office
11 delivery receptacle located in the Office of the Clerk.

12
   **Anthony L. Robinson**
13 #E-91884
   D3-107
14 Salinas Valley State Prison
   P.O. Box 1020
15 Soledad, CA 93960

16

17                                 RICHARD W. WIEKING, CLERK

18

19

20                                 By: _G Masters_

21                                     Deputy Clerk

22

23

24

25

26

27

28

                                     3