1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6                                        )  No. C 02-1538 CW (PR)
     ANTHONY L. ROBINSON,               )
7                                        )  ORDER REFERRING CASE TO FEDERAL
                   Plaintiff,            )  PRO BONO PROJECT
8                                        )
         v.                              )
9                                        )
     GRAY DAVIS, ET AL.,                 )
10                                       )
                   Defendants.           )
11   _____        )

12

13       The Court having determined that it would be beneficial to

14   have counsel assist Plaintiff in this matter and good and just

15   cause appearing, IT IS HEREBY ORDERED that Plaintiff's excessive

16   force claim against Defendants Correctional Officers P. Olivarria

17   and R. Delgado shall be referred to the Court's Federal Pro Bono

18   Project in the manner set forth below:

19       1.  The Clerk of the Court shall send:  (1) a copy of this

20   Order; (2) the first amended complaint (docket no. 18); (3) the

21   Court's March 7, 2005, December 9, 2005, and February 3, 2006

22   Orders (docket nos. 21, 60, 66 ); (4) Defendants' Motion for

23   Summary Judgment, Plaintiff's opposition and Defendants' reply

24   (docket nos. 67, 91, 93); (5) the Court's September 29, 2006 Order

25   Granting In Part and Denying In Part Defendants' Motion for Summary

26   Judgment (docket no. 94); (6) the Report of Pro Se Early Settlement

27   Proceeding (docket no. 110); (7) a docket sheet; and (8) a

28   memorandum outlining the facts and procedural posture of the action

**United States District Court**
For the Northern District of California

to the Federal Pro Bono Project volunteer at the address provided to the Clerk by the Court.

    2.   Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

    3.   All further proceedings will be stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

    IT IS SO ORDERED.

DATED: 9/6/07



CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBINSON,

          Plaintiff,

  v.

DAVIS et al,

          Defendant.

Case Number: CV02-01538 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony L. Robinson #E-91884
D3-107
Salinas Valley State Prison
P.O. Box 1020
Soledad,  CA 93960

Julianne  Mossler
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco,  CA 94102

Federal Pro Bono Project

Dated: September 6, 2007

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3