IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY L. ROBINSON, | ) | No. C 02-1538 CW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER APPOINTING COUNSEL AND |
| | ) | SETTING CASE MANAGEMENT |
| v. | ) | CONFERENCE |
| | ) | |
| GRAY DAVIS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having determined that it would be beneficial to have counsel assist Plaintiff in this matter and volunteer counsel willing to be appointed to represent Plaintiff having been located by the Court,

IT IS HEREBY ORDERED THAT James Donato, Esq. (SBN 146140), Thomas Friel, Esq. (SBN 80065), and Frank Goldberg, Esq. (SBN 222263) of Cooley Godward Kronish LLP, are appointed as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.  The stay of this action shall continue for <u>four (4) weeks</u> from the date of this Order.

The Clerk of the Court shall send a copy of this Order to Plaintiff's counsel at Cooley Godward Kronish LLP, 101 California Street, Fifth Floor, San Francisco, California 94111-5800.  The Clerk of the Court shall also send a copy of this Order to Plaintiff, and to Defendants' counsel.

IT IS FURTHER ORDERED THAT a case management conference is set for Tuesday, October 23, 2007 at 2:00 PM in Courtroom 2, Fourth Floor, 1301 Clay Street, Oakland, California.  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Statement which shall be filed no later than <u>one (1) week</u> prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.

IT IS SO ORDERED.

DATED: 9/18/07

_____
CLAUDIA WILKEN
United States District Judge

P:\PRO-SE\CW\CR.02\Robinson1538.AppCsl&SetCMC.frm  2

# STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

# CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1. <u>Jurisdiction and Service</u>: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2. <u>Facts</u>: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3. <u>Legal Issues</u>: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4. <u>Motions</u>: All prior and pending motions, their current status, and any anticipated motions.

5. <u>Amendment of Pleadings</u>: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. <u>Evidence Preservation</u>: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7. <u>Disclosures</u>: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8. <u>Discovery</u>: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9. <u>Class Actions</u>: If a class action, a proposal for how and when the class will be certified.

10. <u>Related Cases</u>: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. <u>Relief</u>: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12. <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

P:\PRO-SE\CW\CR.02\Robinson1538.AppCsl&SetCMC.frm   3

14. <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. <u>Expedited Schedule</u>: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. **In addition**, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBINSON,

        Plaintiff,

v.

DAVIS et al,

        Defendant.

Case Number: CV02-01538 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony L. Robinson #E-91884
D3-107
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960

Julianne Mossler
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

James Donato
Thomas Friel
Frank Goldberg
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Dated: September 18, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.02\Robinson1538.AppCsl&SetCMC.frm  5