IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON, | No. C 02-1538 CW |
| Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE |
| vs. | |
| GRAY DAVIS et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference is scheduled for December 28, 2007 at 11:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Lead counsel who will try the case shall appear at the Settlement Conference. Parties with the person or persons having full authority to negotiate and to settle the case shall be present or be available on telephone standby.

The parties shall notify Magistrate Judge Vadas' secretary, Gloria Masterson, immediately at (707) 445-3612 if this case settles prior to the date set for Settlement Conference.

SO ORDERED.

Dated: 11/5/07

NANDOR J. VADAS
United States Magistrate Judge