IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>                              Plaintiff,<br><br>     v.<br><br>GRAY DAVIS, et al.,<br><br>                              Defendants. | CASE NO. C 02-1538 CW (PR)<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER |

Plaintiff Anthony L. Robinson (E-91884), a necessary and material witness in proceedings in this case, is confined in the Salinas Valley State Prison, Soledad, California 93960, in the custody of the warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in court, Courtroom E on the fifteenth floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California on December 28, 2007, at 11:00 a.m.

**ACCORDINGLY IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under seal of this Court, commanding the warden to produce the inmate named above to appear in United States Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

1    2. The custodian is ordered to notify the Court of any change in custody of this inmate and

2 is ordered to provide the new custodian with a copy of this writ; and

3    3. The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas Corpus

4 ad Testificandum and Order on the Out-To-Court Desk, Salinas Valley State Prison, P.O. Box

5 1020, Soledad, CA  93960-1020.

6 **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

7 **To: The Warden of Salinas Valley State Prison:**

8    **WE COMMAND** you to produce the inmate named above to appear in the United States

9 District Court at the time and place above, and from day to day until completion of the

10 proceedings as ordered by the Court; and thereafter to return the inmate to the above institution.

11    **FURTHER**, you have been ordered to notify the Court of any change in custody of the

12 inmate and have been ordered to provide the new custodian with a copy of this Writ.

13    Dated: 11/13/07

14

15    _____
    HONORABLE NANDOR J. VADAS
16    UNITED STATES MAGISTRATE JUDGE

17

18 20112047.wpd

Writ of Habeas Corpus                                    *Robinson v. Davis, et al.*
ad Testificandum; Order                                  Case No. C 02-1538 CW (PR)