IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

    Plaintiff,

v

GRAY DAVIS et al.,

    Defendants.

Case No C 02-1538

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on December 28, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

- ☒ Plaintiff with counsel.
- ☐ Warden or warden's representative
- ☒ Office of the California Attorney General
- ☒ Other: California Department of Corrections and Rehabilitation

1   (2)     The following individuals, parties, and/or representatives did not appear:

2   (3)     The outcome of the proceeding was:

3        ☐ The case has been completely settled.

4        ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7        ☒ The parties agree to an additional follow up settlement on  January 10, 2007 at

8 Salinas Valley State Prison.

9        ☐ The parties are unable to reach an agreement at this time.

Date: 1/2/08

Nandor J Vadas
United States Magistrate Judge