IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>    Plaintiff,<br><br>    v<br><br>GOVERNOR GRAY DAVIS et al.,<br><br>    Defendants. | Case No C 02-1538 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 28, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff with counsel

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General

    ☒ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However, the parties have agreed to reconvene after Judge Wilken's ruling on Plaintiff's motion to file an amended complaint in this matter.

Date: 1/14/08

_____
Nandor J Vadas
United States Magistrate Judge