IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

       Plaintiff,

  v.

GRAY DAVIS, et al.,

       Defendants.
                                      /

No. C 02-01538 CW

**ORDER**

On January 31, 2008, Plaintiff filed a notice of new authority in support of his motion for leave to file a second amended complaint. (Docket No. 134). If Defendants wish to file a response, they shall do so within three days from the date of this order.

IT IS SO ORDERED.

Dated: 2/7/08

                                            CLAUDIA WILKEN
                                            United States District Judge