1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JULIANNE MOSSLER, State Bar No. 243749
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5746
     Fax:  (415) 703-5843
8    Email:  Julianne.Mossler@doj.ca.gov

9  Attorneys for Defendants Delgado and Olivarria

10 JAMES DONATO
   THOMAS FRIEL
11 FRANK B. GOLDBERG, State Bar No. 222263
   ERIN L. DOMINGUEZ, State Bar No. 252954
12 Cooley Godward Kronish LLP
     101 California Street, 5th Floor
13   San Francisco, CA 94111-5800
     Telephone:  (415) 693-2072
14   Fax:  (415) 693-2222
     Email:  FGoldberg@Cooley.com

15 Attorneys for Plaintiff Anthony L. Robinson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **ANTHONY L. ROBINSON,** | Case No. C 02-1538 CW (PR) |
| **Plaintiff,** | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO TAKE CERTAIN DEPOSITIONS** |
| **GRAY DAVIS, et al.,** | |
| **Defendants.** | |

   Plaintiff Anthony L. Robinson, by and through his attorneys of record, and Defendants Delgado and Olivarria, by and through their attorneys of record, agree that Defendants will be permitted to take Plaintiff's deposition, and the deposition of Plaintiff's wife, within thirty days

of the date on which this Court issues its Order on Plaintiff's pending Motion for Leave to File a Second Amended Complaint.

In addition, if the Court grants Plaintiff's pending Motion for Leave to File a Second Amended Complaint, the parties agree that additional depositions related to Plaintiff's claims for a kosher diet, and/or access to chapel/group worship may be taken within thirty days of the Order granting Plaintiff's motion to amend, to the extent that the Court allows either or both of those claims to proceed.

Dated: February 29, 2008

Respectfully submitted,

| COOLEY GODWARD KRONISH LLP | EDMUND G. BROWN JR. |
| --- | --- |
| | Attorney General of the State of California |
| JAMES DONATO | DAVID S. CHANEY |
| THOMAS FRIEL | Chief Assistant Attorney General |
| | FRANCES T. GRUNDER |
| | Senior Assistant Attorney General |
| FRANK B. GOLDBERG | MICHAEL W. JORGENSON |
| ERIN L. DOMINGUEZ | Supervising Deputy Attorney General |
| Attorneys for Plaintiff Anthony L. Robinson | |
| | JULIANNE MOSSLER |
| | Deputy Attorney General |
| | Attorneys for Defendants Delgado and Olivarria |

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/10/08

_Claudia Wilken_
Honorable Claudia Wilken,
District Judge

Stip. and Order Extend. Deadline for Certain Depos.

*Robinson v. Davis, et al.*
C 02-1538 CW (PR)

2