COOLEY GODWARD KRONISH LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
FRANK B. GOLDBERG (222263) (fgoldberg@cooley.com)
ERIN DOMINGUEZ (252954) (edominguez@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Plaintiff Anthony L. Robinson

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JULIANNE MOSSLER, State Bar No. 243749
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5746
Fax:  (415) 703-5843
Email:  Julianne.Mossler@doj.ca.gov

Attorneys for Defendants Delgado and Olivarria

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>            Plaintiff,<br><br>    v.<br><br>GRAY DAVIS, et al.,<br><br>            Defendants. | Case No.  C02-1538 CW (PR)<br><br>**STIPULATION ORDER TO MODIFY THE CASE MANAGEMENT ORDER  AS MODIFIED** |

Plaintiff Anthony Robinson and Defendants Delgado and Olivarria, by and through their respective attorneys of record, agree and stipulate to modifications of the Case Management Order, dated October 25, 2007 (the "Order"), a true and correct copy of which is attached hereto

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1078742 v4/SF                                  1.                       STIPULATION AND [PROPOSED] ORDER TO
                                                                        MODIFY THE CASE MANAGEMENT ORDER
                                                                        C02-1538 CW (PR)

as **Exhibit A**.  Pursuant to Civil Local Rule 6-2, filed herewith is the Declaration of James Donato in support of this Stipulation.

By this Stipulation, the parties seek to extend the date for trial by approximately three months, and, accordingly, the deadline for dispositive motions. *See* Declaration of James Donato in Support of Stipulation to Modify Case Management Order ("Donato Decl.") ¶ 2. The parties respectfully request a modification of the Order as follows:

- Dispositive Motion cutoff:  July 24, 2008
- Trial:  September 22-24, 2008

The parties respectfully request a modification of the Order because lead trial counsel for Plaintiff Robinson will be traveling to Asia on personal business during the week of June 25, 2008, the date initially scheduled for trial. *See* Donato Decl. ¶ 3.  Furthermore, the parties agree that additional time to prepare dispositive motions will be useful.

Respectfully submitted,

Dated: March 24, 2008         **COOLEY GODWARD KRONISH LLP**

/s/ James Donato
James Donato (146140)
Attorney for Plaintiff Anthony L. Robinson

Dated March 24, 2008         **OFFICE OF THE ATTORNEY GENERAL**

/s/ Julianne Mossler
Julianne Mossler (243749)
Attorney for Defendants Delgado and Olivarria

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  THE PRETRIAL CONFERENCE IS ALSO CONTINUED TO 9/2/08 AT 2:00 P.M.**

Dated: 3/26/08

HONORABLE CLAUDIA WILKEN
United States District Judge