IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

       Plaintiff,

  v.

GRAY DAVIS, et al.,

       Defendants.
                                  /

No. 02-01538 CW

ORDER RE REQUEST FOR CLARIFICATION OF DEADLINE SET OUT IN APRIL 8, 2008 ORDER

    On April 23, 2008, Defendants Delgado and Olivarria filed a Request for Clarification of Deadline Set Out in April 8, 2008 Order. In its Order Granting Plaintiff's Motion for Leave to Amend filed April 8, 2008, the Court set June 19, 2008, as a cutoff date for Defendants to **file**, jointly with codefendants, a motion for summary judgment or other dispositive motion. In a later paragraph, the Court indicated that Defendants who have already moved for summary judgment may file a second motion for summary judgment and **notice** the motion for July 24, 2008. A motion noticed for July 24, 2008, would, under Local Rule 7-2(a), have to be filed by June 19, 2008. The parties previously stipulated to July 24, 2008, as the cutoff date for **hearing** dispositive motion.

    IT IS SO ORDERED.

4/25/08

Dated _____

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge