IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>   Plaintiff,<br><br>   v<br><br>GRAY DAVIS et al.,<br><br>   Defendants. | Case No C 02-1538 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

   A settlement conference in this matter was held on <u>July 7, 2008</u>. The results of that proceeding are indicated below:

(1)   The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

   ☒ Plaintiff and Plaintiff's Attorney, Angela Dunning

   ☐ Warden or warden's representative

   ☒ Office of the California Attorney General, Julianne Mossler

   ☒ Other: Alan Sobel for the California Department of Corrections and Rehabilitation

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 7/15/08

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California