COOLEY GODWARD KRONISH LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
ANGELA DUNNING (212047) (adunning@cooley.com)
ERIN DOMINGUEZ (252954) (edominguez@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Plaintiff
ANTHONY L. ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>            Plaintiff,<br><br>      v.<br><br>ROGELIO DELGADO, et al.,<br><br>            Defendants. | Case No.  C02-1538 CW (PR)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 CW (PR)

1  Anthony L. Robinson ("Robinson") (E-91884) is a prisoner at Salinas Valley State Prison
2  in Soledad, California, and the plaintiff in the above-captioned action, which is set for trial
3  beginning on September 22, 2008 and continuing through at least September 24, 2008.  Robinson
4  is a necessary and material witness as his case depends in large measure on his own testimony.
5  To prepare for and attend trial, Robinson respectfully requests that this Court issue a writ
6  requiring the California Department of Corrections and Rehabilitation ("CDCR"): (1) to transfer
7  Robinson to San Quentin State Prison no later than Thursday, September 18, 2008; (2) to allow
8  Robinson's attorneys visitation rights between 8:30 a.m. and 7:00 p.m. while Robinson is at San
9  Quentin; (3) to transfer Robinson to and from the United States District Court, 1301 Clay St., 4th
10 Floor, Courtroom 2 in Oakland, California every day during trial or as otherwise ordered by the
11 Court; and (4) to transfer Robinson back to Salinas Valley State Prison as soon as the trial is
12 completed.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under seal of this Court, directing the CDCR: (1) to transfer Robinson to San Quentin State Prison no later than Thursday, September 18, 2008; (2) to allow Robinson's attorneys visitation rights between 8:30 a.m. and 7:00 p.m. while Robinson is at San Quentin; (3) to transfer Robinson to and from the United States District Court, 1301 Clay St., 4th Floor, Courtroom 2 in Oakland, California every day during trial; and (4) to transfer Robinson back to Salinas Valley State Prison as soon as the trial is completed;

2. The CDCR is ordered to notify the Court of any change in Robinson's custody and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum and Order to the Out-to-Court Desk, Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960-1020.

4. The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum and Order to Legal Affairs, San Quentin State Prison, 1 Main Street, San Quentin, CA 94964.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 CW (PR)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Wardens of Salinas Valley State Prison and San Quentin State Prison**

**WE COMMAND** you: (1) to transfer Robinson to San Quentin State Prison no later than Thursday, September 18, 2008; (2) to allow Robinson's attorneys visitation rights between 8:30 a.m. and 7:00 p.m. while Robinson is at San Quentin; (3) to transfer Robinson to and from the United States District Court, 1301 Clay St., 4th Floor, Courtroom 2 in Oakland, California every day during trial **commencing September 22, 2008, at 8:30 a.m.**; and (4) to transfer Robinson back to Salinas Valley State Prison as soon as the trial is completed;

**FURTHER**, you are ordered to notify the Court of any change in Robinson's custody and to provide the new custodian with a copy of this Writ.

Dated: August 8, 2008

_____
Honorable Claudia Wilken
United States District Judge

1097701 v1/SF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 CW (PR)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBINSON,

        Plaintiff,

v.

DAVIS et al,

        Defendant.
_____/

Case Number: CV02-01538 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Out-to-Court Desk
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA  93960-1020

Legal Affairs
San Quentin State Prison
1 Main Street
San Quentin, CA  94964

U.S. Marshal
1301 Clay Street
Oakland, CA  94102

Dated: August 8, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 CW (PR)