COOLEY GODWARD KRONISH LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
JAMES DONATO (146140) (jdonato@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
ERIN DOMINGUEZ (252954) (edominguez@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Plaintiff
ANTHONY L. ROBINSON

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JULIANNE MOSSLER, State Bar No. 243749
Deputy Attorney General
CYNTHIA C. FRITZ, State Bar No. 200147
Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 703-5793
   Fax:  (415) 703-5843
   Email: Cynthia.Fritz@doj.ca.gov

Attorneys for Defendants PAUL OLIVARRIA, ROGELIO DELGADO, MATTHEW CATE AND MICHAEL EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>            Plaintiff,<br><br>     v.<br><br>ROGELIO DELGADO *et al.*,<br><br>            Defendants. | Case No.  C02-1538 CW (PR)<br><br>**STIPULATION AND ORDER REFERRING CASE TO MAGISTRATE JUDGE NANDOR VADAS**<br><br>Trial Date: September 22, 2008<br>Time:          8:30 a.m.<br>Place:         Courtroom 2<br>Judge:        Honorable Claudia Wilken |

1102777 v1/SF

STIPULATION AND [PROPOSED] ORDER
REFERRING CASE TO MAGISTRATE JUDGE
C02-1538 CW (PR)

1  Plaintiff Anthony L. Robinson and defendants Paul Olivarria, Rogelio Delgado, Matthew
2  Cate (in his official capacity as Secretary of the California Department of Corrections and
3  Rehabilitation) and Michael Evans (in his official capacity as Warden of Salinas Valley State
4  Prison) (collectively, "Defendants") hereby stipulate to the following:

5  **WHEREAS**, the matter in the above-named case is currently set to be tried in this Court
6  before the Honorable Claudia Wilken beginning on September 22, 2008;

7  **WHEREAS**, on August 8, 2008, the Court entered a Writ Ad Testificandum and Order,
8  requiring, among other things, that Mr. Robinson be transported to San Quentin prior to and for
9  the duration of the trial;

10  **WHEREAS**, a pretrial conference has been scheduled for September 18, 2008;

11  **WHEREAS**, the parties have submitted to the Court all pretrial filings required in the Order
12  for Pretrial Preparation, including the parties' Joint Pretrial Conference Statement;

13  **WHEREAS**, the Joint Pretrial Conference Statement provides that both parties consent to
14  try this case before Magistrate Judge Nandor Vadas;

15  **WHEREAS**, Magistrate Judge Vadas has informed the parties that he is willing to accept
16  referral of this case for all purposes, including trial and entry of judgment therein, and that he is
17  available to conduct the trial beginning in or after April 2009;

18  **WHEREAS**, the parties agree that the case should be referred to Magistrate Judge Vadas
19  for all purposes and that the September 22, 2008 trial date should be vacated;

20  **NOW, THEREFORE**, it is hereby stipulated and agreed, by and between the parties hereto
21  through their counsel of record, subject to approval of the Court, that: (1) this case be referred to
22  Magistrate Judge Vadas for all purposes, including trial and entry of judgment, pursuant to 28
23  U.S.C. § 636(c); (2) all dates, including the September 22, 2008 trial date and the September 18,
24  2008 pretrial conference date, be vacated; and (3) the Writ Ad Testificandum and Order be
25  vacated.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 11, 2008 | COOLEY GODWARD KRONISH LLP |
| 3 | | |
| 4 | | _____ |
| 5 | | Angela L. Dunning (212047) |
| 6 | | Attorneys for Plaintiff<br>ANTHONY L. ROBINSON |
| 7 | | |
| 8 | Dated: September 11, 2008 | OFFICE OF THE ATTORNEY GENERAL |
| 9 | | |
| 10 | | _____ |
| 11 | | Julianne Mossler (243749) |
| 12 | | Attorneys for Defendants PAUL OLIVARRIA, ROGELIO DELGADO, MATTHEW CATE AND MICHAEL EVANS |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/16/08

*/s/ Claudia Wilken*

HONORABLE CLAUDIA WILKEN
United States District Judge