1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **EUREKA DIVISION**

11

| | |
|---|---|
| **ANTHONY L. ROBINSON,** | **Case No. C 02-1538 NJV (PR)** |
| **Plaintiff,** | **ORDER SUBSTITUTING ANTHONY HEDGPETH FOR DEFENDANT MICHAEL EVANS** |
| **v.** | |
| **ROGELIO DELGADO, et al.,** | |
| **Defendants.** | |

17

18        Public officer Michael Evans transferred to California State Prison, Folsom in December

19   2008.  Anthony Hedgpeth has succeeded him, and now occupies the position of acting warden of

20   Salinas Valley State Prison.  In accordance with Federal Rules of Civil Procedure, rule 25(d),

21   this order substitutes Anthony Hedgpeth as Defendant in place of Michael Evans.

22        **IT IS SO ORDERED.**

23        Dated: 12/3/08

24

25   _____
       Nandor J. Vadas
26       United States Magistrate Judge

27

28

*Robinson v. Delgado, et al.*
Order Substituting Defendant                                    Case No. C 02-1538 NJV (PR)