IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　Plaintiff,<br><br>ROGELIO DELGADO, et al.,<br><br>　　　　Defendants.　　　　　　／ | No.  C 02-1538 NJV<br><br>WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER |

　　　　Anthony L. Robinson ("Robinson") (E-91884) is a prisoner at Salinas Valley State Prison in Soledad, California, and the plaintiff in the above-captioned action, which is set for trial beginning April 20, 2009 and continuing through at least April 24, 2009.  Robinson is a necessary and material witness as his case depends in large measure on his own testimony.  To prepare for and attend trial, Robinson respectfully requests that this Court issue a writ requiring the California Department of Corrections and Rehabilitation ("CDCR"):  (1) to transfer Robinson to San Quentin State Prison no later than Wednesday April 15, 2009; (2) to transfer Robinson to and from the U.S. District Court, 450 Golden Gate Avenue, 17th Floor, Courtroom 2 in San Francisco, California every day during trial commencing April 20, 2009 at 9:00 a.m. or as otherwise ordered by the Court; and (3) to transfer Robinson back to Salinas Valley State Prison as soon as the trial is completed.

　　　　ACCORDINGLY, IT IS HEREBY ORDERED that:

　　　　1. A Writ of Habeas Corpus Ad Testificandum issue, under seal of this Court, directing the

CDCR: (1) to transfer Inmate Robinson to San Quentin State Prison no later than Wednesday, April 15, 2009; (2) to transfer Robinson to and from the U.S. District Court, 450 Golden Gate Avenue, 17th Floor, Courtroom 2 in San Francisco, California every day during trial commencing April 20, 2009 at 9:00 a.m. or as otherwise ordered by the Court; and (3) to transfer Robinson back to Salinas Valley State Prison as soon as the trial is completed;

2. The CDCR is ordered to notify the court of any change in Robinson's custody and to provide the new custodian with a copy of this writ; and

3. The Clerk of the court is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum and Order to the Out-to-Court Desk, Salinas Valley State Prison, P.O. Box 1020, Soledad, CA 93960-1020.

4. The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum and Order to Legal Affairs, San Quentin State Prison, 1 Main Street, San Quentin, CA 94964.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Wardens of Salinas Valley State Prison and San Quentin State Prison

WE COMMAND you: (1) to transfer Inmate Robinson to San Quentin State Prison no later than Wednesday April 15, 2009; (2) to transfer Robinson to and from the U.S. District Court, 450 Golden Gate Avenue, 17th Floor, Courtroom 2 in San Francisco, California every day during trial commencing April 20, 2009 at 9:00 a.m., or as otherwise ordered by the Court; and (3) to transfer Robinson back to Salinas Valley State Prison as soon as the trial is completed.

FURTHER, you are ordered to notify the Court of any change in Robinson's custody and to provide the new custodian with a copy of this Writ.

Date: March 18, 2009

_____
Honorable Nandor J. Vadas
United States Magistrate Judge

IT IS SO ORDERED
Judge Nandor J. Vadas

2