1   COOLEY GODWARD KRONISH LLP
    THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
2   JAMES DONATO (146140) (jdonato@cooley.com)
    ANGELA DUNNING (212047) (adunning@cooley.com)
3   ERIN DOMINGUEZ (252954) (edominguez@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
5   Facsimile:     (415) 693-2222

6   Attorneys for Plaintiff
    ANTHONY L. ROBINSON

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           EUREKA DIVISION

11

12  ANTHONY L. ROBINSON,              Case No.  C02-1538 NJV (PR)

13              Plaintiff,            **WRIT OF HABEAS CORPUS AD
                                      TESTIFICANDUM  AND ORDER**
14       v.
                                      Status Conference Date: June 24, 2009
15  ROGELIO DELGADO, *et al.*,        Time: 8:00 a.m.
                                      Place: U.S. District Court
16              Defendants.                  Northern Division
                                             450 Golden Gate Avenue
17                                           17th Floor, Courtroom 2
                                             San Francisco, CA  94102
18                                    Judge: Honorable Nandor J. Vadas

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1136864 v1/SF

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 NJV (PR)**

1  Anthony L. Robinson ("Robinson") (E-91884), a necessary and material witness in

2  proceedings in this case, is confined in the California State Prison – Sacramento ("CSP – Sac") in

3  Represa, California 95671, in the custody of the warden.  In order to secure this inmate's

4  attendance at the status conference, it is necessary that a Writ of Habeas Corpus Ad

5  Testificandum issue commanding the custodian to produce the inmate to the U. S. District Court,

6  450 Golden Gate Avenue, 17th floor, Courtroom 2 in San Francisco, California, 94102 on June

7  24, 2009, no later than 8:00 a.m.

8  **ACCORDINGLY, IT IS HEREBY ORDERED** that:

9  1.  A Writ of Habeas Corpus Ad Testificandum issue, under seal of this Court,

10  directing CSP - Sac: (1) to transfer Robinson to the U. S. District Court, 450 Golden Gate

11  Avenue, 17th Floor, Courtroom 2, San Francisco, California 94102, for arrival no later than 8:00

12  a.m. on Wednesday, June 24, 2009; and (2) to transfer Robinson back to CSP - Sac as soon as the

13  status conference is completed;

14  2.  The custodian is ordered to notify the Court of any change in Robinson's custody

15  and to provide the new custodian with a copy of this Writ; and

16  3.  The Clerk of the Court is directed to serve a courtesy copy of this Writ of Habeas

17  Corpus Ad Testificandum and Order to the Out-to-Court Desk, California State Prison –

18  Sacramento, P.O. Box 290002, Represa, CA  95671.

19

20

21

22

23

24

25

26

27

28

Cooley Godward
Kronish LLP
Attorneys At Law
San Francisco

1136864 v1/SF

1

Writ of Habeas Corpus Ad Testificandum
and Order
C02-1538 NJV (PR)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of California State Prison – Sacramento:**

    **YOU ARE HEREBY ORDERED**: (1) to transfer Robinson to U. S. District Court, 450 Golden Gate Avenue, 17th Floor, Courtroom 2, San Francisco, California,  94102 for arrival no later than 8:00 a.m. on Wednesday, June 24, 2009; and (2) to transfer Robinson back to California State Prison – Sacramento as soon as the status conference is completed;

    **FURTHER**, you are ordered to notify the Court of any change in Robinson's custody and to provide the new custodian with a copy of this Writ.

Dated: June 17, 2009

IT IS SO ORDERED

Judge Nandor J. Vadas

Honorable Nandor J. Vadas
United States Magistrate Judge

Cooley Godward
Kronish LLP
Attorneys At Law
San Francisco

1136864 v1/SF

2

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 NJV (PR)