1   EDMUND G. BROWN JR.
    Attorney General of California
2   MICHAEL W. JORGENSON
    Supervising Deputy Attorney General
3   EMILY L. BRINKMAN
    Deputy Attorney General
4   State Bar No. 219400
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5742
6     Fax:  (415) 703-5843
      E-mail:  Emily.Brinkman@doj.ca.gov
7   *Attorneys for Defendants Cate, Delgado, Evans, and
    Olivarria*

8

9   THOMAS FRIEL, State Bar No. 80065
    ANGELA L. DUNNING, State Bar No. 212047
10  ERIN DOMINGUEZ, State Bar No. 252954
    Cooley Godward Kronish LLP
11    Five Palo Alto Square, 4th Floor
      Palo Alto, CA 94306-2155
12    Telephone: (650) 843-5855
      Fax: (650) 849-7400
13    Email: edominguez@cooley.com
    *Attorneys for Plaintiff Anthony L. Robinson*
14

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19 ANTHONY L. ROBINSON, | C 02-1538 NJV (PR) |
| 20               Plaintiff, | **JOINT STIPULATION AND** |
| 21 | **[PROPOSED] ORDER TO CONTINUE** |
|       v. | **TELEPHONIC STATUS CONFERENCE** |
| 22 | |
| 23 ROGELIO DELGADO, et al., | |
| 24              Defendants. | |

25

26

27

28

1

1    The parties stipulate to continue the telephonic status conference currently set for August

2  25, 2009 at 1:00 p.m.  Defendants request that the telephonic status conference be reset for

3  September 14, 2009 at 1:00 p.m. or at the earliest date and time thereafter convenient for the

4  Court.  Defendants make this request due to the unavailability of staff counsel for the California

5  Department of Corrections and Rehabilitation.  Staff counsel is unavailable until September 14,

6  2009 because of recent developments at the California Institution for Men, vacation schedules,

7  and the Governor's furlough order.  Defendants' counsel contacted Plaintiff's counsel, who had

8  no objections to the continuance.

9    IT IS SO STIPULATED.

10

11  Dated:  August 14, 2009

 

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General

EMILY L. BRINKMAN
Deputy Attorney General
*Attorneys for Defendants Cate, Delgado,
Evans, and Olivarria*

 

COOLEY GODWARD KRONISH LLP

ANGELA L. DUNNING
*Attorneys for Plaintiff Robinson*

 

22    As requested by stipulation of the parties at the request of staff counsel for the California

23  Department of Corrections and Rehabilitation, and good cause appearing therefore, the telephonic

24  status conference is reset for September 14, 2009 _____ at 10:00 a.m. _____ .
Counsel shall arrange phone conference and call the court at (707) 445-5098 when all
parties are on the line.

 

Hon. Nandor J. Vadas
United States Magistrate Judge

2