EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General
State Bar No. 219400
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  E-mail: Emily.Brinkman@doj.ca.gov
*Attorneys for Defendants Cate, Delgado, Evans, and Olivarria*

THOMAS FRIEL, State Bar No. 80065
ANGELA L. DUNNING, State Bar No. 212047
ERIN DOMINGUEZ, State Bar No. 252954
Cooley Godward Kronish LLP
  Five Palo Alto Square, 4th Floor
  Palo Alto, CA 94306-2155
  Telephone: (650) 843-5855
  Fax: (650) 849-7400
  Email: edominguez@cooley.com
*Attorneys for Plaintiff Anthony L. Robinson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>                    Plaintiff,<br><br>v.<br><br>ROGELIO DELGADO, et al.,<br><br>                    Defendants. | C 02-1538 NJV (PR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TELEPHONIC STATUS CONFERENCE** |

1

Joint Stip. & [Proposed] Order Re: Cont. Telephonic Status Conf.      *Robinson v. Delgado, et al.*
C 02-1538 NJV (PR)

1     The parties stipulate to continue the telephonic status conference currently set for August 25, 2009 at 1:00 p.m. Defendants request that the telephonic status conference be reset for September 14, 2009 at 1:00 p.m. or at the earliest date and time thereafter convenient for the Court. Defendants make this request due to the unavailability of staff counsel for the California Department of Corrections and Rehabilitation. Staff counsel is unavailable until September 14, 2009 because of recent developments at the California Institution for Men, vacation schedules, and the Governor's furlough order. Defendants' counsel contacted Plaintiff's counsel, who had no objections to the continuance.

    IT IS SO STIPULATED.

Dated: August 14, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General

EMILY L. BRINKMAN
Deputy Attorney General
*Attorneys for Defendants Cate, Delgado, Evans, and Olivarria*

COOLEY GODWARD KRONISH LLP

ANGELA L. DUNNING
*Attorneys for Plaintiff Robinson*

    As requested by stipulation of the parties at the request of staff counsel for the California Department of Corrections and Rehabilitation, and good cause appearing therefore, the telephonic status conference is reset for September 14, 2009 at 10:00 a.m. Counsel shall arrange phone conference and call the court at (707) 445-5098 when all parties are on the line.

Dated: 8/26/09

Hon. Nandor J. Vadas
United States Magistrate Judge

2

Joint Stip. & [Proposed] Order Re: Cont. Telephonic Status Conf.

*Robinson v. Delgado, et al.*
C 02-1538 NJV (PR)