COOLEY GODWARD KRONISH LLP
THOMAS J. FRIEL, JR. (80065) (TFRIEL@COOLEY.COM)
ANGELA DUNNING (212047) (adunning@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 857-4900

Attorneys for Plaintiff
ANTHONY L. ROBINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ROGELIO DELGADO *et al.*,<br><br>          Defendants. | Case No. C02-1538 NJV<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER**<br><br>Trial Date: May 10, 2010<br>Time: 8:30 a.m.<br>Place: U.S. District Court<br>          Northern District<br>          450 Golden Gate Avenue<br>          17th Floor, Courtroom 2<br>          San Francisco, CA 94102<br>Judge: Honorable Nandor J. Vadas |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1171020 v2/SF

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER**
**C02-1538 NJV (PR)**

Anthony L. Robinson ("Robinson") (E-91884), is confined in the California State Prison–Sacramento ("CSP–Sac") in Represa, California 95671, and the plaintiff in the above-captioned action, which is set for trial beginning on May 10, 2010 and continuing through at least May 14, 2010. Robinson is a necessary and material witness as his case depends in large measure on his own testimony. To prepare for and attend trial, Robinson respectfully requests that this Court issue a writ requiring the California Department of Corrections and Rehabilitation ("CDCR"): (1) to transfer Robinson to San Quentin State Prison no later than May 4, 2010; (2) to transfer Robinson to the U.S. District Court, 450 Golden Gate Ave., 17th floor, Courtroom 2 in San Francisco, California by 8 a.m. every day during trial commencing May 10, 2010, or as otherwise ordered by the Court; and (3) to transfer Robinson back to CSP–Sac as soon as the trial is completed.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

**1.** A Writ of Habeas Corpus Ad Testificandum issue, under seal of this Court, directing the CDCR: (1) to transfer Robinson to San Quentin State Prison no later than May 4, 2010; (2) to transfer Robinson to the U.S. District Court, 450 Golden Gate Ave., 17th floor, Courtroom 2 in San Francisco, California every day by 8:00 a.m. during trial commencing May 10, 2010, or as otherwise ordered by the Court; and (3) to transfer Robinson back to CSP–Sac as soon as the trial is completed.

**2.** The CDCR is ordered to notify the Court of any change in Robinson's custody and to provide the new custodian with a copy of this writ; and

**3.** Plaintiff is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum and Order to the Out-to-Court Desk, CSP–Sac in Represa, California 95671.

**4.** Plaintiff is directed to serve a courtesy copy of this Writ of Habeas Corpus Ad Testificandum and Order to Legal Affairs, San Quentin State Prison, 1 Main Street, San Quentin, CA 94964.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1171020 v2/SF

1

WRIT OF HABEAS CORPUS AD TESTIFICANDUM
AND ORDER
C02-1538 NJV (PR)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Wardens of California State Prison–Sacramento and San Quentin State Prison**

**THE COURT COMMANDS** you: (1) to transfer Robinson to San Quentin State Prison no later than May 4, 2010; (2) to transfer Robinson to the U.S. District Court, 450 Golden Gate Ave., 17th floor, Courtroom 2 in San Francisco, California every day by 8:00 a.m. during trial commencing May 10, 2010, or as otherwise ordered by the Court; and (3) to transfer Robinson back to California State Prison–Sacramento as soon as the trial is completed;

**FURTHER**, you are ordered to notify the Court of any change in Robinson's custody and to provide the new custodian with a copy of this Writ.

Dated: 4/20/10 _____



Honorable _____
United States Magistrate Judge
IT IS SO ORDERED
Judge Nandor J. Vadas

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1171020 v2/SF

2

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER**
**C02-1538 NJV (PR)**