EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JULIANNE MOSSLER
Deputy Attorney General
State Bar No. 243749
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5746
 Fax:  (415) 703-5843
 E-mail:  Julianne.Mossler@doj.ca.gov
Attorneys for Defendants Cate, Delgado, and Olivarria

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>                              Plaintiff,<br><br>        v.<br><br>ROGELIO DELGADO, et al.,<br><br>                              Defendants. | Case No. C 02-1538 NJV (PR)<br><br>[PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL<br><br>Trial Date:  May 10, 2010<br>Time:           8:30 a.m.<br>Courtroom: D, 15th Floor<br>Judge         The Honorable Nandor J. Vadas<br>Action Filed:  3/29/2002 |

  The trial of this matter is scheduled to begin on May 10, 2010, in Courtroom D on the 15th Floor of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102.  The parties intend to use electronic equipment to aid in the presentation of their cases.  Defendants have arranged to install and test the operation of this equipment on Friday, May 7, 2010.

  This Court, having duly considered the request of the parties, grants them permission to bring electronic equipment into the Court for the duration of the trial.

///

1

Order for Use Electron. Equip. at Trial (Case No. C 02-1538 NJV)

**ACCORDINGLY IT IS ORDERED THAT:**

Defendants, their counsel and staff may bring the following equipment into the federal building and Courtroom D, located on the 15th Floor, at 450 Golden Gate Avenue, San Francisco, CA 94102.

**Equipment for Use in the Courtroom During Trial:**

1. **One Digital Elmo**
2. **One Projector**
3. **One bin of cables, adaptors, extension cords, power strips, and tape**
4. **One presentation computer laptop**

Dated: 5/7/10

_____
Hon. Nandor J. Vadas
United States Magistrate Judge

2

Order for Use Electron. Equip. at Trial (Case No. C 02-1538 NJV)