UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ROBINSON, | No. C-02-1538 NJV |
| Plaintiff(s), | |
| v. | ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS AND LUNCH DURING DELIBERATION |
| ROGELIO DELGADO, et al. | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter commencing on Tuesday, May 11, 2010 and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

IT IS SO ORDERED.

Dated: 5/10/10

NANDOR J. VADAS
United States Magistrate Judge