**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON, | No. CV 02-1538 NJV |
| Plaintiff, | **ORDER** |
| v. | |
| ROGELIO DELGADO, et al., | |
| Defendants. / | |

This matter is before the court on a dispute between the parties regarding several documents that were filed by Plaintiff after trial. On May 24, 2010 and May 25, 2010, Plaintiff filed (1) a letter to the court; (2) a request for injunctive relief; and (3) a motion for request of judgment notwithstanding the verdict. The court has not reviewed these documents, which Plaintiff allegedly prepared and mailed to the court without the assistance or knowledge of his counsel. Upon realizing that Plaintiff had filed the documents, Plaintiff's counsel contacted the court and asked that they be removed from the docket. Counsel for the defense objected to the removal of the documents, indicating that they may form the basis for a post-trial motion by the Defendants.

In order to resolve this dispute, the court will permit each side to file one brief regarding whether the documents at issue should be removed from the record in this case. Those briefs shall be filed no later than noon on Wednesday, June 9, 2010. Chambers copies should be delivered to the visiting judge chambers on the 15th floor of the Phillip Burton Federal Building and United States Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102. No responses or replies will be permitted. The court will hear oral argument at the previously scheduled June 10, 2010 hearing in this matter.

**IT IS SO ORDERED.**

Dated: June 2, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge