COOLEY LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Plaintiff
ANTHONY L. ROBINSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROGELIO DELGADO *et al.*,<br><br>　　　　　　Defendants. | Case No.  C02-1538 NJV<br><br>**PROOF OF SERVICE**<br><br>Date:　　　August 19, 2010<br>Time:　　　2:00 p.m.<br>Dept:　　　E (San Francisco Courthouse)<br>Judge:　　 Honorable Nandor J. Vadas<br>Trial Date: May 10, 2010 |

**PROOF OF SERVICE**
**(FRCP 5)**

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

1. COOLEY LLP'S MOTION TO SHORTEN TIME RE COOLEY'S MOTION TO WITHDRAWAL AS COUNSEL OF RECORD;
2. DECLARATION OF JAMES M. PENNING IN SUPPORT OF MOTION TO SHORTEN TIME;
3. [PROPOSED] ORDER RE MOTION TO SHORTEN TIME;
4. NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF COOLEY LLP AS COUNSEL OF RECORD PURSUANT TO LOCAL RULE 11-5;
5. DECLARATION OF JAMES M. PENNING IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL OF RECORD PURSUANT TO LOCAL RULE 11-5;
6. [PROPOSED] ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL OF RECORD PURSUANT TO LOCAL RULE 11-5;
7. WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER; AND
8. PLAINTIFF ROBINSON'S CONSENT TO MOTION FOR WITHDRAWAL OF COOLEY LLP AS COUNSEL OF RECORD PURSUANT TO LOCAL RULE 11-5.

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

Anthony L. Robinson
E-91884; C2-109
California State Prison - SAC
P.O. Box 2900-66
Represa, CA 95671

Executed on August 3, 2010, at Palo Alto, California.

*/s/ Brandie Giovannoni*
Brandie Giovannoni

873544 v1/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

PROOF OF SERVICE
C02-1538 NJV