**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ANTHONY L. ROBINSON,

    Plainitff,

v.

ROGELIO DELGADO, et al.,

    Defendants.

_____/

No. CV 02-1538 NJV

ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM REQUIRING PLAINTIFF TO APPEAR VIA VIDEO CONFERENCE

    This matter is before the Court on Plaintiff's motion to appear via video conference for the August 19, 2010 hearing on the parties' post-trial motions. (Doc. No. 312) Good cause having been shown, the Court hereby GRANTS Plaintiff's motion.

    The writ of habeas corpus ad testificandum for Plaintiff's personal appearance that was issued on August 5, 2010 (Doc. No. 311) is hereby VACATED.

    Plaintiff shall appear via video conference for the hearing, which is scheduled for 2:00 p.m. on Thursday, August 19, 2010. Staff at CSP-Sacramento are ordered to make the necessary arrangements for Plaintiff's appearance via video. A member of the Court's IT staff will contact CSP-Sacramento to make the necessary arrangements.

    IT IS SO ORDERED.

Dated: August 17, 2010

