UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>        Plaintiff,<br><br>        v.<br><br>ROGELIO DELGADO *et al.*,<br><br>        Defendants. | Case No.  C02-1538 NJV<br><br>**ORDER GRANTING WITHDRAWAL OF PLAINTIFF'S COUNSEL COOLEY LLP**<br><br>Judge:       Honorable Nandor J. Vadas<br>Trial Date: Completed |

On August 18, 2010, in response to Cooley LLP's motion to withdraw as counsel of record, the Court ordered that Cooley LLP be "relieved as counsel upon resolution of the post-trial motions and the filing, if applicable, of a notice of appeal." (Docket No. 315.)

On August 31, 2010, the Court entered a final order and permanent injunction fully and finally adjudicating the parties' post-trial motions (Docket No. 316), and on September 20, 2010, Plaintiff Anthony L. Robinson filed his Notice of Appeal. (Docket No. 323.)

**NOW THEREFORE**, the conditions precedent to Cooley LLP being relieved as counsel for Plaintiff Anthony L. Robinson having been met, **IT IS HEREBY ORDERED** that:

1. Cooley LLP and its attorneys, Thomas J. Friel, Angela L. Dunning, and James M. Penning, are hereby withdrawn as Counsel of Record for Anthony L. Robinson in this matter; and

2. All future pleadings and communications in this matter should be directed to Anthony L. Robinson located at E-91884; C2-109, California State Prison – SAC, P.O. Box 2900-66, Represa, CA 95671.

**IT IS SO ORDERED.**

Dated:  November 12, 2010

_____
NADOR J. VADAS
United States Magistrate Judge