UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. ROBINSON,

        Plaintiff,

  v.

ROGELIO DELGADO, et al.,

        Defendants.
                                            /

Case Number: CV02-01538 NJV

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee of the U.S. District Court for the Northern District of California, and on November 12, 2010, I SERVED a true and correct copy of the Court's Order Granting Plaintiff's Counsel's Motion to Withdraw (Docket No. 330), by placing said copy in a postage paid envelope addressed to the person hereinafter listed, and by depositing said envelope in the U.S. Mail.

    Anthony L. Robinson
    E-91884
    C2-109
    California State Prison - SAC
    P.O. Box 2900-66
    Represa, CA 95671

Dated: November 12, 2010

                                                 Chris Wolpert
                                         Administrative Law Clerk