UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| ANTHONY L. ROBINSON, | Case No.  C02-1538 NJV |
|---|---|
| Plaintiff, | **ORDER CHANGING LOCATION OF DECEMBER 17, 2010 HEARING ON MOTION FOR ATTORNEYS FEES AND COSTS** |
| v. | |
| ROGELIO DELGADO *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The December 17, 2010 hearing on Plaintiff's counsel's Motion for Attorney's Fees and Costs (Docket No. 319) will now be held in Courtroom G, rather than Courtroom D, on the 15th Floor of the Phillip Burton U.S. Courthouse and Federal Building located at 450 Golden Gate Avenue, San Francisco, CA 94102.  Because motion to be heard is brought by Plaintiff's counsel and does not affect the merits of Plaintiff's claims or his appeal, Plaintiff's attendance at the hearing is excused.

**IT IS SO ORDERED.**

Dated:  November 16, 2010

NADOR J. VADAS
United States Magistrate Judge