COOLEY LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
ANGELA L. DUNNING (212047) (dunningal@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Cooley LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGELIO DELGADO *et al.*,<br><br>　　　　　Defendants. | Case No. C02-1538 NJV<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND CONTINUING HEARING**<br><br>Date:　　　February 3, 2011<br>Time:　　　4:00 P.M.<br>Courtroom: D<br>Judge:　　　Honorable Nandor J. Vadas<br>Trial Date: Completed |

WHEREAS, the hearing on Plaintiff's Motion for Attorneys' Fees and Costs is currently scheduled for December 17, 2010;

WHEREAS, on November 29, 2010, the Court entered an Order setting December 7, 2010, as the deadline for former plaintiff's counsel ("Cooley") to file any reply to defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Costs;

WHEREAS, a family emergency and other scheduling conflicts have arisen for Cooley;

WHEREAS, counsel for defendants and Cooley have conferred and agree that it is appropriate to request a continuance of the hearing date and current reply deadline to accommodate these extenuating circumstances;

WHEREAS, Cooley has contacted the Court's scheduling clerk and confirmed that the next available hearing date when the Honorable Nandor J. Vadas will be in San Francisco is February 3, 2011;

**NOW, THEREFORE**, the Parties do hereby stipulate as follows:

1. The hearing on Plaintiff's Motion for Attorneys' Fees and Costs now scheduled for December 17, 2010, shall be continued to February 3, 2011, or as soon thereafter as practicable; and

2. Cooley's deadline to file any reply to Defendant's Opposition to Plaintiff's Motion for Attorneys' Fees and Costs shall be extended to January 20, 2011.

Dated: December 7, 2010          COOLEY LLP

/s/ James M. Penning
James M. Penning (229727)
Attorney for Cooley LLP

Dated December 7, 2010           OFFICE OF THE ATTORNEY GENERAL

/s/ Julianne Mossler
Julianne Mossler (243749)
Attorney for Defendants Cate, Delgado, and Olivarria

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The motion hearing is continued to February 3, 2011 at 4:00 p.m. in Courtroom D

Dated: December 8, 2010

_____
HONORABLE NANDOR J. VADAS
United States District Magistrate Judge

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Extending Deadline to File A Reply to Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees and Costs and Continuing Hearing.

Dated: December 7, 2010         COOLEY LLP

/s/ James M. Penning
James M. Penning (229727)
Attorney for Cooley LLP

902369 v1/HN