IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>                              Plaintiff,<br><br>      v.<br><br>ROGELIO DELGADO, et al.,<br><br>                              Defendants. | Case No. C 02-1538 NJV (PR)<br><br>**AMENDED ORDER SETTING STATUS CONFERENCE**<br><br>Date:        March 8, 2011<br>Time:        3:45 p.m.<br>Courtroom: 205-A, 2nd Floor<br>Judge         The Honorable Nandor J. Vadas<br>Action Filed:  3/29/2002 |

      This is a prisoner civil rights action pursuant to 42 U.S.C. § 1983 which proceeded to trial on May 10, 2010, before the undersigned. A jury verdict was entered on May 17, 2010, and the Court entered a permanent injunction on August 31, 2010. On November 30, 2010, Plaintiff filed a motion seeking an order from this court requiring compliance with the permanent injunction. (Docket No. 340.) On February 16, 2011, Defendants filed an opposition to Plaintiff's motion. (Docket No. 348.)

///

///

///

///

Accordingly, a status conference on this matter is hereby set for Tuesday, March 8, 2011, at 3:45 p.m. Plaintiff may appear telephonically by calling (707) 445-5098. Defendants shall arrange for Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: 2/28/11

_____
Hon. Nandor J. Vadas
United States Magistrate Judge