KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General
State Bar No. 219400
JULIANNE MOSSLER
Deputy Attorney General
State Bar No. 243749
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5746
 Fax: (415) 703-5843
 E-mail: Julianne.Mossler@doj.ca.gov
Attorneys for Defendant Cate

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY L. ROBINSON,<br><br>                             Plaintiff,<br><br>   v.<br><br>ROGELIO DELGADO, et al.,<br><br>                             Defendants. | C 02-1538 NJV (PR)<br><br>**DEFENDANT'S REPORT REGARDING PLAINTIFF'S PARTICIPATION IN THE JEWISH KOSHER MEAL PROGRAM** |

In response to the issues raised at the March 8, 2011 status conference, Defendant Matthew Cate submits the declaration of Jeffrey P. Ridge, Correctional Food Manager, at California State Prison, Sacramento.

Dated: March 30, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

*/s/ Julianne Mossler*

JULIANNE MOSSLER
Deputy Attorney General
Attorneys for Defendant Cate

SF2005400344 10680731.doc

1

# CERTIFICATE OF SERVICE

Case Name:   **Robinson v. Delgado, et al.**       No.   **C 02-1538 NJV (PR)**

I hereby certify that on <u>March 30, 2011</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S REPORT REGARDING PLAINTIFF'S PARTICIPATION IN THE JEWISH KOSHER MEAL PROGRAM**

**DECLARATION OF JEFFREY P. RIDGE IN SUPPORT OF DEFENDANT'S REPORT REGARDING PLAINTIFF'S PARTICIPATION IN THE JEWISH KOSHER MEAL PROGRAM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>March 30, 2011</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Anthony L. Robinson**
**(E-91884)**
**California State Prison-SAC**
**P.O. Box 290066**
**Represa, CA 95671**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 30, 2011</u>, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | /s/ L. Santos |
| Declarant | Signature |

20426078.doc