1

2

3

4                        UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6                                EUREKA DIVISION

7

8    ANTHONY L. ROBINSON,                     Case No.  02-cv-01538-NJV

           Plaintiff,
9                                             **ORDER RE LETTER REGARDING
                                              KOSHER DIET**
10        v.
                                              Re: Dkt. No. 407
11   ANTHONY A. LAMARQUE, et al.,

12         Defendants.

13

14        On August 31, 2010, the court entered a permanent injunction in this case which provided

15   in part that the CDCR was "hereby immediately and permanently ordered to permit Plaintiff to

16   participate in the CDCR's Jewish Kosher Meal Program on the same terms and conditions as

17   kosher-observant Jewish inmates and without regard to the fact that Plaintiff is not a kosher-

18   observant Jew." (Doc. 316, 19:10-13.)  The court "retain[ed] jurisdiction of this action for all

19   purposes, including without limitation, all proceedings involving the interpretation, enforcement,

20   or amendment of this Order and Permanent Injunction." (Doc. 316, 19, 18-20.)

21        On December 12, 2016, the court received a letter from Plaintiff in which he claimed that

22   officials at California Men's Colony were failing to provide him with his kosher diet.  (Doc. 407.)

23   On December 20, 2016, Counsel for Defendants filed a response to Plaintiff's letter, stating that on

24   December 14, 2016, she contacted the litigation coordinator at California Men's Colony and

25   confirmed receipt of this court's order entering a permanent injunction.  She further states that on

26   December 14, 2016, Men's Colony Litigation Coordinator H. Cervantes contacted the supervising

27   officer on Plaintiff's yard and confirmed that Plaintiff is receiving kosher meals.

28        In light of this information received from Defense Counsel, the court finds that the request

United States District Court
Northern District of California

United States District Court
Northern District of California

1   for relief contained in Plaintiff's letter is moot.  The matter is resolved and that there no basis for

2   action by the court.

3   **IT IS SO ORDERED**.

4

5   Dated: December 27, 2016

6   _____

7   NANDOR J. VADAS
    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28